

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellants

v.

Cristina B. **ALEXANDER** as Permanent Guardian of the Person of Carlos Y. Benavides, Jr. et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

    The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to June 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court